IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | 8:08CR470 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL L. FIELDS, | |
| Defendant. | |

This matter is before the court on the defendant's Motion to Reduce Sentence Under 2011 Crack Cocaine Guideline Amendment (Filing No. 44), filed on October 17, 2011. On October 26, 2011, the Federal Public Defender was appointed on behalf of the defendant, pursuant to General Order 2011-12. As of July 24, 2012, there has been no filing by the defendant regarding this motion. Upon consideration and for good cause shown,

**IT IS ORDERED:**

The Federal Public Defender shall file a status report concerning the status of this motion **within 14 days of the date of this order.**

DATED this 24th day of July, 2012

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge